THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leon V.
 Bellman, Appellant.
 
 
 

Appeal From Charleston County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-627
 Submitted November 3, 2008  Filed
November 12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Leon Bellman appeals his
 conviction for trafficking cocaine and twenty-five year sentence.  Bellman
 contends the trial court erred in refusing to excuse a juror for cause who
 expressed bias.   After a thorough review
 of the record and counsels brief, pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.